# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDREW POWELL

VERSUS

CHEEK INSURANCE SERVICES,
LLC AND KATI CHEEK

NO.  2025 CW 0089

**MARCH 6, 2025**

---

In Re:    Cheek Insurance Services, LLC and Kati Cheek, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 202312340.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT DENIED.**

                          MRT
                          CHH
                          BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT